Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17–31302–JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerlene L. Armstrong−Walters
   aka Kerlene L. Armstrong
   219 Royal Drive
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−2794

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            12/20/17
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 3, 2017
JAN: jpp

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court