Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17−31302−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerlene L. Armstrong−Walters
   aka Kerlene L. Armstrong
   219 Royal Drive
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−2794

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         12/20/17
Time:         09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 3, 2017
JAN: jpp

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31302-JNP
Kerlene L. Armstrong-Walters                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Nov 03, 2017
                              Form ID: 132             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
```
db           +Kerlene L. Armstrong-Walters,    219 Royal Drive,    Marlton, NJ 08053-1441
517132582    +Advanced Collection Bu,    Po Box 560063,    Rockledge, FL 32956-0063
517132583    +American Web Loan,    10026 A SOUTH MINGO ROAD, Suite 189,    Tulsa, OK 74133-5700
517132584    +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
517132585    +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517132586    +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
517132588     FL Emerg Phys Kang & Assoc.,    c/o HCFS Healthcare Financial Services,
               Plantation Billing Center,    PO Box 459077,    Sunrise, FL 33345-9077
517132589    +H & E Telephone Fcu,    201 W Passaic St Ste 304,    Rochelle Park, NJ 07662-3126
517160071    +Lost Properties DBA Townhomes At Reynard,    PO Box 598,    Moorestown, NJ 08057-0725
517132591    +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
517132592     Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
517132593    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
517132594    +State of New Jersey Div. of Taxation,    Division of Taxation Compliance Activity,
               Trenton, NJ 08646-0001
517132596    +Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
517132597    +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 03 2017 22:57:30      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 03 2017 22:57:27      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517132587    +E-mail/Text: kzoepfel@credit-control.com Nov 03 2017 22:57:31       Central Loan Admin & R,
               425 Phillips Blvd,    Ewing, NJ 08618-1430
517132590     E-mail/Text: cio.bncmail@irs.gov Nov 03 2017 22:56:57      Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517132595    +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2017 22:54:29       Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
517133708    +E-mail/PDF: gecsedi@recoverycorp.com Nov 03 2017 22:54:29       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```