UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, New Jersey 08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney For Debtor(s)

In Re:

KERLENE L. ARMSTRONG-WALTERS

Case No.: 17-31302-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Robert Manchel_____,
   ☒ am the attorney for: _____debtor_____
   ☐ am self-represented

   Phone number: ___856 797-1500___

   Email address: ___robertmanchel@gmail.com___

2. I request an adjournment of the following hearing:

   Matter: ___Cenlar's Motion for Relief from Automatic Stay___

   Current hearing date and time: ___8/14/2018 at 10:00am.___

   New date requested: ___8/28/2018 at 10:00am.___

   Reason for adjournment request: _____

   _____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned __0__ previous times

   Trustee payments are current through ____present date____

   The meeting of creditors under § 341(a) of the Code  ☒ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/6/18                                    /s/ Robert Manchel
                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: ___8/28/18 at 10 am___    ~~Peremptory~~

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*