| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave., Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Pingora Loan Servicing, LLC | |
| In Re:<br><br>Kerlene L. Armstrong-Walters,<br><br>Debtor. | Case No.: 17-31302-JNP<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Hearing Date: 8/14/2018<br><br>Judge: Poslusny |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, ____Denise Carlon, Esq.____,
   ☒ am the attorney for: ____Pingora Loan Servicing____
   ☐ am self-represented
   
   Phone number: ____201-549-2363____
   
   Email address: ____dcarlon@kmllawgroup.com____

2. I request an adjournment of the following hearing:
   
   Matter: ____Motion for Relief from Stay____
   
   Current hearing date and time: ____8/14/2018____
   
   New date requested: ____8/28/2018____
   
   Reason for adjournment request: ____To allow the parties additional time to resolve this matter amicably.____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/9/2018_____        /s/ Denise Carlon_____
                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: ____8/28/18 at 10 am____    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2