UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Pingora Loan Servicing, LLC

In Re:
    Kerlene L. Armstrong Walters,

Debtor.



**Order Filed on September 7, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 17-31302 JNP

Adv. No.:

Hearing Date: 7/3/18 @ 10:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 7, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Kerlene L. Armstrong Walters
Case No:  17-31302 JNP
Caption of Order:  ORDER VACATING AUTOMATIC STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Pingora Loan Servicing, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 219 Royal Drive, Marlton, NJ, 08053, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert Manchel, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** the automatic stay as to the property located at 219 Royal Drive, Marlton, NJ, 08053 is vacated effective September 30, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.