# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–31302–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kerlene L. Armstrong–Walters
aka Kerlene L. Armstrong
219 Royal Drive
Marlton, NJ 08053

Social Security No.:
xxx–xx–2794

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 9/19/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            November 7, 2018
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 19, 2018
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31302-JNP
Kerlene L. Armstrong-Walters                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2        Date Rcvd: Sep 19, 2018
                            Form ID: 185           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
```
db              +Kerlene L. Armstrong-Walters,    219 Royal Drive,    Marlton, NJ 08053-1441
517132582       +Advanced Collection Bu,    Po Box 560063,    Rockledge, FL 32956-0063
517132583       +American Web Loan,    10026 A SOUTH MINGO ROAD, Suite 189,    Tulsa, OK 74133-5700
517218592        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517132584       +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
517132585       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517132588        FL Emerg Phys Kang & Assoc.,    c/o HCFS Healthcare Financial Services,
                  Plantation Billing Center,    PO Box 459077,    Sunrise, FL 33345-9077
517132589       +H & E Telephone Fcu,    201 W Passaic St Ste 304,    Rochelle Park, NJ 07662-3126
517160071       +Lost Properties DBA Townhomes At Reynard,    PO Box 598,    Moorestown, NJ 08057-0725
517164519        OSLA on behalf of U.. Dept of Education,    Direct Loans,    PO Box 18475,
                  Oklahoma City, OK 73154-0475
517132591       +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
517321332       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517132592        Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
517602250      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                  Trenton, NJ 08695-0245)
517166741       +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
517132593       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
517132594       +State of New Jersey Div. of Taxation,    Division of Taxation Compliance Activity,
                  Trenton, NJ 08646-0001
517195324       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                  Dallas, TX 75380-0849
517132596       +Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517132586       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 00:19:35      Capital One,
                  Po Box 30281,   Salt Lake City, UT 84130-0281
517132587       +E-mail/Text: kzoepfel@credit-control.com Sep 20 2018 00:14:00      Central Loan Admin & R,
                  425 Phillips Blvd,    Ewing, NJ 08618-1430
517132590       +E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 00:13:12     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517189346        E-mail/PDF: cbp@onemainfinancial.com Sep 20 2018 00:19:52     ONEMAIN,   P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
517304050        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 00:31:18
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517324458        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 00:13:49
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517132595       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30      Syncb/care Credit,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
517133708       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:30      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517132597       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 20 2018 00:12:50
                  Verizon,   Po Box 650584,    Dallas, TX 75265-0584
517232658       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2018 00:19:46      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Central Loan Admin & R,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
                                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 19, 2018
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert  Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```