Form rfiler – ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 17–31302–JNP
> Chapter: 7
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerlene L. Armstrong–Walters
   aka Kerlene L. Armstrong
   219 Royal Drive
   Marlton, NJ 08053

Social Security No.:
   xxx–xx–2794

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

received a discharge in case number 12–31138 , commenced on 2/27/2012. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before February 26, 2019 at

> U.S. Bankruptcy Court
> 401 Market Street
> Camden, NJ 08102

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Jerrold N. Poslusny Jr. on:

   DATE:           3/12/2019
   TIME:           10:00am
   COURTROOM:      4C

Dated: February 5, 2019
JAN: mef

> Jeanne Naughton
> Clerk