UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esq.
1 Eves Drive, Suite 111
Marlton, NJ 08053
Attorney for Debtor
RM-1141

In Re:

Kerlene Armstrong-Walters

Case No. 17-31302JNP

Judge:

Chapter 7

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

**X    CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1.    __X__ Motion for Relief from the Automatic Stay filed by  Santander Consumer USA. Inc., creditor. A hearing has been scheduled for March 26, 2019, at 10:00 a.m.

OR

____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

OR

_____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

_____ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons (**choose one**):

_____ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

_____ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

__X__ Other: I would like an opportunity to cure the arrears. I respectfully request that the movant's motion be denied.

3.  This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.  I certify under penalty of perjury that the foregoing is true and correct.

Date: _____                    /s/ Kerelene Armstrong-Walters
                                         Kerelene Armstrong-Walters, debtor