Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−31302−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Kerlene L. Armstrong−Walters
    aka Kerlene L. Armstrong
    219 Royal Drive
    Marlton, NJ 08053

Social Security No.:
    xxx−xx−2794

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Brian Thomas.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐    The corporate debtor is self−represented.

☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 4/16/19
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: March 22, 2019
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31302-JNP
Kerlene L. Armstrong-Walters                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Mar 22, 2019
                             Form ID: 170             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db            +Kerlene L. Armstrong-Walters,   219 Royal Drive,   Marlton, NJ 08053-1441
517132582     +Advanced Collection Bu,   Po Box 560063,   Rockledge, FL 32956-0063
517132583     +American Web Loan,   10026 A SOUTH MINGO ROAD, Suite 189,   Tulsa, OK 74133-5700
517218592      Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
517132584     +Bank of America,   PO Box 15284,   Wilmington, DE 19850-5284
517132585     +Bk Of Amer,   4909 Savarese Cir,   Tampa, FL 33634-2413
517132588      FL Emerg Phys Kang & Assoc.,   c/o HCFS Healthcare Financial Services,
               Plantation Billing Center,   PO Box 459077,   Sunrise, FL 33345-9077
517132589     +H & E Telephone Fcu,   201 W Passaic St Ste 304,   Rochelle Park, NJ 07662-3126
517160071     +Lost Properties DBA Townhomes At Reynard,   PO Box 598,   Moorestown, NJ 08057-0725
517164519      OSLA on behalf of U.. Dept of Education,   Direct Loans,   PO Box 18475,
               Oklahoma City, OK 73154-0475
517132591     +Ok Student Loan Author,   525 Central Park Drive,   Oklahoma City, OK 73105-1723
517321332     +Pingora Loan Servicing, LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
517132592      Raymour & Flanigan,   PO Box 130,   Liverpool, NY 13088-0130
517602250     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 245,
               Trenton, NJ 08695-0245)
517166741     +Santander Consumer USA Inc.,   PO Box 560284,   Dallas, TX 75356-0284
517132593     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
517132594      State of New Jersey Div. of Taxation,   Division of Taxation Compliance Activity,
               Trenton, NJ 08646-0001
517195324     +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
               Dallas, TX 75380-0849
517132596     +Tdrcs/raymour & Flanig,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517132586     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 01:27:30    Capital One,
               Po Box 30281,   Salt Lake City, UT 84130-0281
517132587     +E-mail/Text: kzoepfel@credit-control.com Mar 23 2019 01:22:11    Central Loan Admin & R,
               425 Phillips Blvd,   Ewing, NJ 08618-1430
517132590      E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 01:21:18    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517189346      E-mail/PDF: cbp@onemainfinancial.com Mar 23 2019 01:27:13    ONEMAIN,  P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
517304050      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 01:42:00
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
518024668     +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 23 2019 01:22:46
               Pingora Loan Servicing, LLC,   c/o Flagstar Bank, FSB,   5151 Corporate Drive,
               Troy , Michigan 48098-2639,   Pingora Loan Servicing, LLC,   c/o Flagstar Bank, FSB 48098-2639
518024667      E-mail/Text: cashiering-administrationservices@flagstar.com Mar 23 2019 01:22:46
               Pingora Loan Servicing, LLC,   c/o Flagstar Bank, FSB,   5151 Corporate Drive,
               Troy , Michigan 48098-2639
517324458      E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2019 01:21:54
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517132595     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:28:25    Syncb/care Credit,
               C/o Po Box 965036,   Orlando, FL 32896-0001
517133708     +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2019 01:28:25    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517132597     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 23 2019 01:20:41
               Verizon,   Po Box 650584,   Dallas, TX 75265-0584
517232658     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2019 01:28:52    Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Central Loan Admin & R,   425 Phillips Blvd.,   Ewing, NJ 08618-1430
cr*           +Santander Consumer USA, Inc.,   P.O Box 961245,   Ft. Worth, TX 76161-0244
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Mar 22, 2019
                             Form ID: 170              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB
          NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
          Servicing, LLC NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
          bthomas@ecf.axosfs.com
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Pingora Loan Servicing, LLC
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
          Robert  Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 11
```