Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–31302–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kerlene L. Armstrong–Walters
aka Kerlene L. Armstrong
219 Royal Drive
Marlton, NJ 08053

Social Security No.:
xxx–xx–2794

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/16/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 16, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-31302-JNP
Kerlene L. Armstrong-Walters                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Apr 16, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db           +Kerlene L. Armstrong-Walters,    219 Royal Drive,    Marlton, NJ 08053-1441
517132582    +Advanced Collection Bu,    Po Box 560063,    Rockledge, FL 32956-0063
517132583    +American Web Loan,    10026 A SOUTH MINGO ROAD, Suite 189,    Tulsa, OK 74133-5700
517132584    +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
517132585    +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517132588     FL Emerg Phys Kang & Assoc.,    c/o HCFS Healthcare Financial Services,
               Plantation Billing Center,    PO Box 459077,    Sunrise, FL 33345-9077
517132589    +H & E Telephone Fcu,    201 W Passaic St Ste 304,    Rochelle Park, NJ 07662-3126
517160071    +Lost Properties DBA Townhomes At Reynard,    PO Box 598,    Moorestown, NJ 08057-0725
517164519     OSLA on behalf of U.. Dept of Education,    Direct Loans,    PO Box 18475,
               Oklahoma City, OK  73154-0475
517132591    +Ok Student Loan Author,    525 Central Park Drive,    Oklahoma City, OK 73105-1723
517321332    +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517132592     Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
517602250    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695-0245)
517132594    +State of New Jersey Div. of Taxation,    Division of Taxation Compliance Activity,
               Trenton, NJ 08646-0001
517195324    +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
517132596    +Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QBTHOMAS.COM Apr 17 2019 04:18:00      Brian Thomas,    Brian Thomas, Esq,
               327 Central Avenue,    Suite 103,    Linwood NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2019 00:56:52      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2019 00:56:49      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517218592     EDI: BANKAMER.COM Apr 17 2019 04:18:00      Bank Of America, N.A.,    PO BOX 31785,
               Tampa, FL 33631-3785
517132586    +EDI: CAPITALONE.COM Apr 17 2019 04:18:00      Capital One,    Po Box 30281,
               Salt Lake City, UT 84130-0281
517132587    +E-mail/Text: kzoepfel@credit-control.com Apr 17 2019 00:56:53      Central Loan Admin & R,
               425 Phillips Blvd,    Ewing, NJ 08618-1430
517132590     EDI: IRS.COM Apr 17 2019 04:18:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517189346     EDI: AGFINANCE.COM Apr 17 2019 04:18:00      ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
517304050     EDI: PRA.COM Apr 17 2019 04:18:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
518024668    +E-mail/Text: cashiering-administrationservices@flagstar.com Apr 17 2019 00:57:21
               Pingora Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    5151 Corporate Drive,
               Troy , Michigan 48098-2639,    Pingora Loan Servicing, LLC,    c/o Flagstar Bank, FSB 48098-2639
518024667     E-mail/Text: cashiering-administrationservices@flagstar.com Apr 17 2019 00:57:21
               Pingora Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    5151 Corporate Drive,
               Troy , Michigan 48098-2639
517324458     EDI: Q3G.COM Apr 17 2019 04:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
517166741    +EDI: DRIV.COM Apr 17 2019 04:18:00      Santander Consumer USA Inc.,    PO Box 560284,
               Dallas, TX 75356-0284
517132593    +EDI: DRIV.COM Apr 17 2019 04:18:00      Santander Consumer Usa,    Po Box 961245,
               Ft Worth, TX 76161-0244
517132595    +EDI: RMSC.COM Apr 17 2019 04:18:00      Syncb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
517133708    +EDI: RMSC.COM Apr 17 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517132597    +EDI: VERIZONCOMB.COM Apr 17 2019 04:18:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517232658    +EDI: AIS.COM Apr 17 2019 04:18:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
cr*          +Central Loan Admin & R,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
cr*          +Santander Consumer USA, Inc.,    P.O Box 961245,    Ft. Worth, TX 76161-0244
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2019
                               Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB
           NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
           Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.axosfs.com
          Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
          Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Pingora Loan Servicing, LLC
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
          Robert  Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```