Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−31302−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerlene L. Armstrong−Walters
   aka Kerlene L. Armstrong
   219 Royal Drive
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−2794

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 16, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 78 − 75
Order Granting Motion to Dismiss Case re: Failre To Appear And Be Examined Pursuant To Sections 341(a) and 343 for Debtor (Related Doc # 75). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/16/2019. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 16, 2019
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-31302-JNP
Kerlene L. Armstrong-Walters                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: Apr 16, 2019
                                Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db             +Kerlene L. Armstrong-Walters,    219 Royal Drive,    Marlton, NJ 08053-1441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
               Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Pingora Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert   Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11