UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

**Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

KERLENE L.
ARMSTRONG-WALTERS

        Debtor(s),

Case No.:  17-31302

Adv. No.:

Hearing Date: 04/16/19

Judge: JNP

## ORDER TO DISMISS CHAPTER 7 PURSUANT TO § 341(A) & 343

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor:  Kerlene L. Armstrong-Walters
Case No.:  17-31302/JNP
Caption of Order: Order to Dismiss Chapter 7 Pursuant to § 341(A) & 343

Upon consideration of Trustee's motion for an order to Dismiss Chapter 7, and good cause appearing therefore, it is hereby **ORDERED** that the above-captioned Chapter 7 is hereby dismissed for Failure to Appear and be Examined Pursuant to Sections 341(A) and 343 of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Kerlene L. Armstrong-Walters  
     Debtor

Case No. 17-31302-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2019  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.  
db          +Kerlene L. Armstrong-Walters,   219 Royal Drive,   Marlton, NJ 08053-1441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC c/o Flagstar Bank, FSB NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Brian Thomas    on behalf of Trustee Brian Thomas brian@brianthomaslaw.com, bthomas@ecf.axosfs.com  
         Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.axosfs.com  
         Denise E. Carlon    on behalf of Creditor    Pingora Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Pingora Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor    Pingora Loan Servicing, LLC rsolarz@kmllawgroup.com  
         Robert Manchel    on behalf of Debtor Kerlene L. Armstrong-Walters manchellaw@yahoo.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 11